UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LILLIAN TELLEZ,<br><br>                    Petitioner,<br><br>        v.<br><br>RUBEN LEYVA, Field Office Director of Enforcement and Removal Operations, Salt Lake City Immigration and Customs Enforcement Field Office; KENNETH PORTER, Director of the Boise U.S. Immigration and Customs Enforcement Field Sub-Office; MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, U.S. Attorney General; MIKE HOLLINSHEAD, Sheriff of Elmore County,<br><br>                    Respondents. | Case No. 1:26-cv-00297-BLW<br><br>**JUDGMENT** |

In accordance with this Court's May 20, 2026, Memorandum Decision and Order (Dkt. 13), granting Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1) and ordering her immediate release, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in Petitioner's favor. If the government seeks to re-detain Petitioner, it must provide no less than seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter

JUDGMENT - 1

pursuant to 8 U.S.C. § 1226(a) and its implementing regulations, at which

Petitioner's eligibility for bond must be considered.  The Clerk is directed to close

this case.

DATED: May 26, 2026

B. Lynn Winmill
U.S. District Court Judge

JUDGMENT - 2